IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: :
:
PARAGON OFFSHORE PLC ET AL, : Case No. 16-10386 (CSS)
: BAP No. 18-5
Debtors. :
:
MICHAEL HAMMERSLEY, : C.A. No. 18-157 GMS
:
Appellant, :
:
v. :
:
PARAGON OFFSHORE PLC, :
:
Appellee. :

## ORDER

At Wilmington this _27th_ day of February, 2018, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 5);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **March 27, 2018.**

_____
UNITED STATES DISTRICT JUDGE